**Order entered May 31, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00349-CV

**THE CITY OF DALLAS, Appellant**

**V.**

**TRINITY EAST ENERGY, LLC, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01443**

## ORDER

We **GRANT** the parties' May 26, 2016 joint motion to extend time to file briefs and

**ORDER** appellant and cross-appellant to file their briefs no later than July 8, 2016.

                                        /s/      CRAIG STODDART
                                                 JUSTICE